**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 296 MAL 2015
:
                Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
JAMES M. HANDZUS, :
:
           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.